B 2100A (Form 2100A) (12/15)



# UNITED STATES BANKRUPTCY COURT

District of Massachusetts

In re  Lorraine D Corriveau                ,                Case No.  18-12957

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| U.S. Bank Trust National Association, as Trustee of the Chalet Series IV Trust | U.S. Bank Trust National Association, as Trustee of the Lodge Series IV Trust |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
 c/o SN Servicing Corporation
 323 Fifth Street
 Eureka, CA 95501

Phone:  800.603.0836
Last Four Digits of Acct #:      2187

Court Claim # (if known):      5-1
Amount of Claim:      $265,020.81
Date Claim Filed:      11/26/2018

Phone:  800.603.0836
Last Four Digits of Acct. #:      2187

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #:_____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ signature                              Date: 05/04/2020
      Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.



*Corporate Office*
7530 Lucerne Drive, Suite 210
Middleburg Heights, OH 44130
(440) 572-1511

*Southern Ohio Office*
394 Wards Corner Rd., Suite 180
Loveland, OH 45140
(513) 444-4100

*Illinois Office*
1415 West 22nd Street, Tower Floor
Oak Brook, IL 60523
(312) 883-2810

D. Anthony Sottile [1,2,3]
Franco M. Barile [1,4]
Jon Lieberman [1,2,4]
Michael J. Lubes [1,5]
Molly Simons [1,2]
Michelle D. Heinz [1,3]
Mary E. Spitz [5]
Maria Georgopoulos [5]
Susan B. Klineman [1,3]
Ethan Hill [1,4]

(1)-Ohio, (2)-Kentucky, (3)-Indiana,
(4)-Michigan, (5)-Illinois

www.sottileandbarile.com

May 4, 2020

United States Bankruptcy Court
John W. McCormack Post Office and Court House
5 Post Office Square, Suite 1150
Boston, MA 02109-3945

To whom it may concern:

Please see the enclosed executed Transfer of Claim is being sent to your office for filing in bankruptcy case 18-12957.

Please send a file-stamped copy to me by using the enclosed SASE.

Should there be any questions, please don't hesitate to contact me at 513-444-4100. Thank you for your time.

Sincerely yours,

*[signature]*

Betsy A. Nesbella, Paralegal

Enc.